# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CRIMINAL NO.   GLR-19-331** |
| **LAKITA MOBUARY,** | |
| Defendant. | |

## MOTION TO DISMISS INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Maryland hereby moves to dismiss the Indictment pending against the above-captioned Defendant in Criminal No. GLR-19-331 pursuant to the Deferred Prosecution Agreement ("DPA") between the parties.

        Erek L. Barron,
        United States Attorney

By    _____/s/_____
        Patricia McLane
        Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____                  _____
Date                                        Honorable Ellen L. Hollander
                                            United States District Court Judge

**Advice to U.S. Marshal**:    _x__  1.  Defendant is not in custody.
  (Check one)              ____  2.  Defendant is in custody and the USAO believes that:
                                  ____  a.  there is no reason to hold Defendant further.
                                  ____  b.  Defendant should be held in Federal custody as
                                                 he is being held on another Federal case.
                                  ____  c.  Defendant should be transferred to custody.
                                             (**explain below).
                            ___3.  Defendant is deceased.